# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 27 MARCH 2003

| | | | |
|---|---|---|---|
| No. 096A03<br><br>Case below:<br><br>155 N.C. App. 221 | State v.<br>Adams | 1. Def's NOA Based Upon a Constitutional Question (COA01-1419)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed |
| No. 124P03<br><br>Case below:<br><br>155 N.C. App. 777 | State v.<br>Banner | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-272)<br><br>2. Def's Motion to Amend PDR | 1. Denied<br><br>2. Denied |
| No. 011P03<br><br>Case below:<br><br>154 N.C. App. 521 | State v.<br>Bryant | 1. Def's NOA Based Upon a Constitutional Question (COA02-144)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 445P02-2<br><br>Case below:<br><br>154 N.C. App. 234 | State v.<br>Bullock | 1. AG's Motion for Temporary Stay<br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 (COA01-476)<br><br>4. Def's Motion to Deem Response to AG's PDR Timely Filed<br><br>5. Def's NOA Based Upon a Constitutional Question<br><br>6. Defendant's PDR Under N.C.G.S. § 7A-31 | 1. Allowed·<br>**12/18/02**<br>**356 N.C. 617**<br>Dissolved<br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot<br><br>5. Dismissed<br>*ex mero motu*<br><br>6. Denied |
| No. 174A02<br><br>Case below:<br><br>149 N.C. App. 57 | State v.<br>Goodman | Def's Motion Under Rule 2 of the Rules of Appellate Procedure (COA00-1417) | Denied<br>**03/11/03** |
| No. 121P03<br><br>Case below:<br><br>155 N.C. App. 719 | State v.<br>Henderson | 1. Def's NOA Based Upon a Constitutional Question (COA01-1501)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 063P03<br><br>Case below:<br><br>153 N.C. App. 325 | State v.<br>Pasour | Def's PWC to Review the Decision of the COA (COA01-1432) | Denied |